Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIDA COLLECTION, INC., a New York Corporation; COSMOS TRADING, INC., individually and d/b/a "Austin5," a Texas Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:19-cv-01744-JFW-SS<br>*Hon. John F. Walter Presiding*<br><br>**PLAINTIFF'S AMENDED NOTICE OF ERRATA AND WITHDRAWAL OF NOTICE OF SETTLEMENT (DKT. #15)** |

1

PLAINTIFF'S AMENDED NOTICE OF ERRATA AND WITHDRAWAL OF NOTICE OF SETTLEMENT (DKT. #15)

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Unicolors, Inc. hereby provides Notice of Errata re its Notice of Settlement filed on April 26, 2019 and allocated Docket No. 15 (the "Notice"). Plaintiff inadvertently filed such Notice in the wrong action. Plaintiff hereby withdraws its Notice and has filed a request to reopen the action.

Respectfully submitted,

Date: May 2, 2019        By:    /s/ *Trevor W. Barrett*
                                Scott Alan Burroughs, Esq.
                                Trevor W. Barrett, Esq.
                                DONIGER / BURROUGHS
                                Attorneys for Plaintiff